UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Robert T. Lee, et al.,              :

    Plaintiffs,                  :

v.                                  :   Case No. 1:06CV02184

Philip Morse, et al.,               :   Judge: John D. Bates

    Defendants.                  :

_____

### AFFIDAVIT OF SERVICE

I, Charles Johnson, make this Affidavit of Service stating as follows:

1. I am a competent person at least eighteen (18) years of age and not a party to the above suit.

2. My business address is 1927 - 2nd Street, NW, Washington, D.C. 20001.

3. My residence address is 1927 - 2nd Street, NW, Washington, D.C. 20001.

4. On April 19, 2007 at 11:30 a.m. I personally served defendant, Melvin High, the Summons, Complaint, Notice of Right to Consent to Trial Before United States Magistrate Judge, and Initial Electronic Case Filing Order. Service was effected on his authorized agent for service, Attorney Steven Orenstein, at 7600 Barlowe Road, Landover, MD 20785.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Affidavit of Service is true and correct.

                                                                                                Charles Johnson
                                                                                                1927 - 2nd Street, NW
                                                                                                Washington, D.C. 20001
                                                                                                (202) 320-9574

Dated: 4/20/07