UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Robert T. Lee, et al., :

    Plaintiffs, :

v. : Case No. 1:06CV02184

Philip Morse, et al., : Judge: John D. Bates

    Defendants. :

### AFFIDAVIT OF SERVICE

I, Charles Johnson, make this Affidavit of Service stating as follows:

1. I am a competent person at least eighteen (18) years of age and not a party to the above suit.

2. My business address is 1927 - 2nd Street, NW, Washington, D.C. 20001.

3. My residence address is 1927 - 2nd Street, NW, Washington, D.C. 20001.

4. On April 17, 2007 at 11:06 a.m. I personally served defendant, District of Columbia, the Summons, Complaint, Notice of Right to Consent to Trial Before United States Magistrate Judge, and Initial Electronic Case Filing Order. Service was effected on the Office of Attorney General for the District of Columbia, through its authorized agent for service, Tonya Robinson, at 441 4th Street, NW, Washington, D.C. 20001

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Affidavit of Service is true and correct.

                                                Charles Johnson
                                              1927 - 2nd Street, NW
                                              Washington, D.C. 20001
                                              (202) 320-9574

Dated: 4/20/07