### UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Robert T. Lee, et al.,                            :

      Plaintiffs,                          :

v.                                               :       Case No. 1:06CV02184

Philip Morse, et al.,                            :       Judge: John D. Bates

      Defendants.                         :

_____

### AFFIDAVIT OF SERVICE

    I, Jeanett P. Henry, make this Affidavit of Service stating as follows:

    1.    I am counsel of record for plaintiffs in this case.

    2.    On April 11, 2007 I served defendant, Prince George's County, Maryland, by certified mail, return receipt requested, the Summons, Complaint, Notice of Right to Consent to Trial Before United States Magistrate Judge, and Initial Electronic Case Filing Order. Service was effected on its authorized agent for service, David S. Whitacre, Esquire, County Attorney, 14741 Governor Oden Bowie Drive, Upper Marlboro, MD 20772. (*See attachment*).

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Affidavit of Service is true and correct.

                    Respectfully submitted,

                    *HENRY & MADDOX, LLC*

By:    *Jeanett P. Henry*
                    Jeanett P. Henry, #411052
                    8701 Georgia Avenue; Suite 403
                    Silver Spring, MD 20910
                    (301) 562-1340
                    (301) 562-1344 (facsimile)
                    **Attorneys for Plaintiffs**

Dated: *4/23/07*

Exhibit

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Sent To _David S. Whitacre, Esq._
Street, Apt. No.; or PO Box No. _14741 Gov. Oden Bowie Dr._
City, State, ZIP+4 _Upper Marlboro, MD 20772_

PS Form 3800, August 2006    See Reverse for Instructions

7007 0220 0003 9024 0578

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

_David S. Whitacre, Esq._
_P.G. County Attorney_
_14741 Gov. Oden Bowie_
_Dr._
_Upper Marlboro, MD_
_20772_

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )  _D J Chase_  C. Date of Delivery _4/11/07_

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7007 0220 0003 9024 0578

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540