UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Robert T. Lee, et al.,** | : | |
|     **Plaintiffs,** | : | |
| v. | : | Case No. 1:06CV02184 |
| **Philip Morse, et al.,** | : | Judge: John D. Bates |
|     **Defendants.** | : | |

**MOTION FOR ENLARGEMENT OF TIME TO SERVE DEFENDANT RAMSEY**

    COME NOW Plaintiff, through counsel, and pursuant to Federal Rule of Civil Procedure 4(m) respectfully moves for enlargement of time to serve defendant Charles Ramsey, and in support thereof state as follows:

    1.    The Complaint was filed on or about December 22, 2006 and the Clerk issued summons for the named defendants, including Ramsey. Since then, Ramsey has been replaced as Chief of the Metropolitan Police Department.

    2.    Plaintiffs have discovered a home address for Mr. Ramsey in the District of Columbia. Plaintiffs' process server, Charles Johnson, has made several unsuccessful efforts in the past week to serve Ramsey at his home address at the United States capitol Police where he is believed to have a consulting job. (*See Exhibit A*).

    3.    Service should have been accomplished within 120 days or by April 21, 2007. Plaintiffs believe that with a thirty-day extension of time, they should be able to complete service on defendant Ramsey.

    4.    This request for enlargement of time should not prejudice any party in the case. Defendants District of Columbia, Prince George's County, and Melvin High were recently served,

-2-

and their responsive pleadings are not yet due.

    WHEREFORE, Plaintiffs respectfully pray that their motion to enlarge service time by 30 days be granted.

                                                        Respectfully submitted,

                                                        ***HENRY & MADDOX, LLC***

                     By:    /s/   Jeanett P. Henry
                              Jeanett P. Henry, #411052
                              8701 Georgia Avenue; Suite 403
                              Silver Spring, MD 20910
                              (301) 562-1340
                              (301) 562-1344 (facsimile)
                              **Attorneys for Plaintiffs**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Robert T. Lee, et al.,** : | |
| **Plaintiffs,** : | |
| v. : | Case No. 1:06CV02184 |
| **Philip Morse, et al.,** : | Judge: John D. Bates |
| **Defendants.** : | |

## ORDER

Upon consideration of Plaintiffs' Motion for Enlargement of Time to Serve Defendant Charles Ramsey, it is by the United States District Court for the District of Columbia this ___ day of April, 2007,

**ORDERED**, that the motion be and is hereby GRANTED; and it is further

**ORDERED**, that Plaintiffs shall have until _____ , 2007 to serve defendant, Charles Ramsey.

_____
John D. Bates
United States District Judge