UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Robert T. Lee, et al., | : | |
|     Plaintiffs, | : | |
| v. | : | Case No. 1:06CV02184 |
| Philip Morse, et al., | : | Judge: John D. Bates |
|     Defendants. | : | |

## AFFIDAVIT OF SERVICE

I, Charles Johnson, make this Affidavit of Service stating as follows:

1.  I am a competent person at least eighteen (18) years of age and not a party to the above suit.

2.  My business address is 1927 - 2nd Street, NW, Washington, D.C. 20001.

3.  My residence address is 1927 - 2nd Street, NW, Washington, D.C. 20001.

4.  On April 17, 2007 at 10:20 a.m. I personally served defendant, District of Columbia, the Summons, Complaint, Notice of Right to Consent to Trial Before United States Magistrate Judge, and Initial Electronic Case Filing Order. Service was effected on Mayor Adrian Fenty, through his authorized agent for service, Tabitha Braxton, at 1350 Pennsylvania Avenue, NW, Room 419, Washington, D.C. 20001

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Affidavit of Service is true and correct.

                                                Charles Johnson
                                                1927 - 2nd Street, NW
                                                Washington, D.C. 20001
                                                (202) 320-9574

Dated: 4/20/07

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Robert T. Lee, et al.,                    :

    Plaintiffs,                         :

v.                                        :        Case No. 1:06CV02184

Philip Morse, et al.,                     :        Judge: John D. Bates

    Defendants.                         :

### AFFIDAVIT OF SERVICE

I, Charles Johnson, make this Affidavit of Service stating as follows:

1. I am a competent person at least eighteen (18) years of age and not a party to the above suit.

2. My business address is 1927 - 2nd Street, NW, Washington, D.C. 20001.

3. My residence address is 1927 - 2nd Street, NW, Washington, D.C. 20001.

4. On April 19, 2007 at 11:30 a.m. I personally served defendant, Melvin High, the Summons, Complaint, Notice of Right to Consent to Trial Before United States Magistrate Judge, and Initial Electronic Case Filing Order. Service was effected on his authorized agent for service, Attorney Steven Orenstein, at 7600 Barlowe Road, Landover, MD 20785.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Affidavit of Service is true and correct.

                                                                      Charles Johnson
                                                                        1927 - 2nd Street, NW
                                                                        Washington, D.C. 20001
                                                                        (202) 320-9574

Dated: 4/20/07

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Robert T. Lee, et al.,                :

    Plaintiffs,                    :

v.                                    :        Case No. 1:06CV02184

Philip Morse, et al.,                 :        Judge: John D. Bates

    Defendants.                    :

## AFFIDAVIT OF SERVICE

I, Charles Johnson, make this Affidavit of Service stating as follows:

1. I am a competent person at least eighteen (18) years of age and not a party to the above suit.

2. My business address is 1927 - 2nd Street, NW, Washington, D.C. 20001.

3. My residence address is 1927 - 2nd Street, NW, Washington, D.C. 20001.

4. On April 17, 2007 at 11:06 a.m. I personally served defendant, District of Columbia, the Summons, Complaint, Notice of Right to Consent to Trial Before United States Magistrate Judge, and Initial Electronic Case Filing Order. Service was effected on the Office of Attorney General for the District of Columbia, through its authorized agent for service, Tonya Robinson, at 441 4th Street, NW, Washington, D.C. 20001

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Affidavit of Service is true and correct.

                                                Charles Johnson
                                                1927 - 2nd Street, NW
                                                Washington, D.C. 20001
                                                (202) 320-9574

Dated: 4/20/07

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Robert T. Lee, et al.,                :

    Plaintiffs,                        :

v.                                    :    Case No. 1:06CV02184

Philip Morse, et al.,                 :    Judge: John D. Bates

    Defendants.                        :

_____

## AFFIDAVIT OF SERVICE

I, Jeanett P. Henry, make this Affidavit of Service stating as follows:

1. I am counsel of record for plaintiffs in this case.

2. On April 11, 2007 I served defendant, Prince George's County, Maryland, by certified mail, return receipt requested, the Summons, Complaint, Notice of Right to Consent to Trial Before United States Magistrate Judge, and Initial Electronic Case Filing Order. Service was effected on its authorized agent for service, David S. Whitacre, Esquire, County Attorney, 14741 Governor Oden Bowie Drive, Upper Marlboro, MD 20772. (*See attachment*).

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Affidavit of Service is true and correct.

                               Respectfully submitted,

                               ***HENRY & MADDOX, LLC***

By:   */s/ Jeanett P. Henry*
       Jeanett P. Henry, #411052
       8701 Georgia Avenue; Suite 403
       Silver Spring, MD 20910
       (301) 562-1340
       (301) 562-1344 (facsimile)
       **Attorneys for Plaintiffs**

Dated: 4/23/07

Ed5617

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here — SILVER SPRING, MD, MAIN OFFICE BR., APR 10 2007, USPS

Sent To: David S. Whitacre, Esq.
Street, Apt. No.; or PO Box No.: 14741 Gov. Oden Bowie Dr.
City, State, ZIP+4: Upper Marlboro, MD 20772

PS Form 3800, August 2006     See Reverse for Instructions

7007 0220 0003 9024 0578

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

David S. Whitacre, Esq.
P.G. County Attorney
14741 Gov. Oden Bowie Dr.
Upper Marlboro, MD 20772

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent   ☐ Addressee

B. Received by (Printed Name): D. J. Chase
C. Date of Delivery: 4/11/07

D. Is delivery address different from item 1? ☐ Yes ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7007 0220 0003 9024 0578

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540