IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ROBERT T. LEE, *et al.*, | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No. JDB-06-02184 |
| PHILLIP MORSE., *et al*., | * | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

ENTRY OF APPEARANCE

Please enter the appearance of undersigned counsel on behalf of Defendants Prince George's County, Maryland, Police Chief Melvin High, and unnamed officers of the Prince George's County Police Department in the above-referenced action.

/s/
Michael P. Cunningham
Federal Bar No. 481932

Funk & Bolton, P.A.
36 South Charles Street, 12th Floor
Baltimore, Maryland 21201
410.659.7700 (telephone)
410.659.7773 (facsimile)

*Attorneys for Defendants Prince George's County, Police Chief Melvin High, and unnamed Officers of the Prince George's County Police Department*

Dated: April 30, 2007

50002.029:104747

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 30th of April, 2007, a copy of the foregoing Entry of Appearance was filed electronically in the United States District Court for the District of Columbia, and a copy was mailed, first class, postage prepaid, to any person entitled to service not served as a result of said electronic filing.

> Phillip Morse
> 19 D Street, NE
> Washington, DC  20510
>
> Mayor Anthony Williams
> 1350 Pennsylvania Avenue, NW
> Washington, DC  20001
> Office of the Attorney General
> 441 4th Street, NW
> Washington, DC  20001
>
> U.S. Capitol Police
> 19 D Street, NE
> Washington, DC  20510
>
> Charles Ramsey
> Chief of the Metropolitan Police Department
> 400 Indiana Avenue, NW
> Washington, DC  20001

_____/s/_____
Michael P. Cunningham

50002.029:104747