IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ROBERT T. LEE, *et al.*, | * | |
| Plaintiffs | * | |
| v. | * | Civil Action No. JDB-06-02184 |
| PHILLIP MORSE., *et al.*, | * | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

PLAINTIFFS' AND COUNTY DEFENDANTS' CONSENT MOTION
TO EXTEND TIME TO FILE A RESPONSE TO PLAINTIFFS' COMPLAINT

Defendants, Prince George's County, Maryland, Police Chief Melvin High, and unnamed officers of the Prince George's County Police Department (collectively, the "County Defendants"), by their undersigned counsel, pursuant to Fed. R. Civ. P. 6, 7, and 12, and LCvR 7, file this Consent Motion to Extend Time to File a Response to Plaintiffs' Complaint, stating as follows:

1. Defendants Prince George's County and the County unnamed officers were served on April 11, 2007.

2. The undersigned counsel were assigned to represent the County Defendants on April 26, 2007.

3. The County Defendants' response to the Complaint is due to be filed by May 1, 2007.

4. Counsel for the County Defendants spoke with counsel for Plaintiffs, Jeanette P. Henry, Esquire, on April 27, 2007. Pursuant to the conversation, Plaintiffs kindly agreed to

1

allow the County Defendants until the close of business on May 15, 2007, to respond to the Complaint.

WHEREFORE, the County Defendants respectfully request this Honorable Court to extend the time in which they may respond to the Complaint until the close of business on May 15, 2007.

| | |
|---|---|
| /s/ Jeanette P. Henry/JDB | /s/ |
| Jeanette P. Henry, Bar No. 411052 | Michael P. Cunningham, Bar No. 481932 |
| Henry & Maddox, LLC | Funk & Bolton, P.A. |
| 8701 Georgia Avenue, Suite 403 | 36 South Charles Street, 12th Floor |
| Silver Spring, Maryland 20910 | Baltimore, Maryland 21201 |
| 301.562.1340 (telephone) | 410.659.7700 (telephone) |
| 301.562.1344 (facsimile) | 410.659.7773 (facsimile) |
| *Attorneys for Plaintiffs Lee and Summers* | *Attorneys for Defendants Prince George's County, Police Chief Melvin High, and unnamed Officers of the Prince George's County Police Department* |

Dated: April 30, 2007

50002.029:104705

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ROBERT T. LEE, *et al.*, | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. JDB-06-02184 |
| PHILLIP MORSE., *et al.*, | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## PROPOSED ORDER

Upon consideration of Plaintiffs' and County Defendants' Consent Motion to Extend Time to File a Response to Plaintiffs' Complaint, it is this ____ day of _____, 2007, hereby

ORDERED that County Defendants' time to file a response to Plaintiffs' Complaint is extended to May 15, 2007.

_____
Judge, United States District Court

Dated: _____, 2007

50002.029:104705

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 30th of April, 2007, a copy of Plaintiffs' and County Defendants' Consent Motion to Extend Time to File a Response to Plaintiffs' Complaint was filed electronically in the United States District Court for the District of Columbia, and a copy was mailed, first class, postage prepaid, to any person entitled to service not served as a result of said electronic filing.

> Phillip Morse
> 19 D Street, NE
> Washington, DC 20510
>
> Mayor Anthony Williams
> 1350 Pennsylvania Avenue, NW
> Washington, DC 20001
> Office of the Attorney General
> 441 4th Street, NW
> Washington, DC 20001
>
> U.S. Capitol Police
> 19 D Street, NE
> Washington, DC 20510
>
> Charles Ramsey
> Chief of the Metropolitan Police Department
> 400 Indiana Avenue, NW
> Washington, DC 20001

/s/
Michael P. Cunningham

50002.029:104705