UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

ROBERT T. LEE, et. al., :
:
    Plaintiff :
:
v. : Civil Action No.1: 06cv02184
: Judge John D. Bates
PHILLIP MORSE, et al, :
:
    Defendants. :

_____

## PLAINTIFF'S REQUEST FOR RE-ISSUANCE OF SUMMONS

Will the Clerk of the Court please re-issue the summons for the following Defendant:

Charles Ramsey, Individually
Chief of the Metropolitan Police Department
400 Indiana Ave., NW
Washington D.C. 20001


        Respectfully submitted,

        ***HENRY & MADDOX, LLC***

By:    /s/ Jeanett P. Henry
        Jeanett P. Henry
        8701 Georgia Avenue; Suite 403
        Silver Spring, MD 20910
        (301) 562-1340
        (301) 562-1344

        ***Attorney for Plaintiffs***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this the 2nd day of May, 2007 a copy of the foregoing was served by electronic court filing to Michael P. Cunningham, Esquire.

/s/ Jeanett P. Henry
Jeanett P. Henry

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

Robert T. Lee, et. al.
    **Plaintiff(s)**

**SUMMONS IN A CIVIL CASE**

vs.

CIVIL ACTION NO. 1:06cv02184
Judge: John D. Bates

Phillip Morse, et. al.
    **Defendant(s)**

**TO:** (Name and address of Defendant):

**Charles Ramsey, Individually**
**Chief of the Metropolitan Police Department**
400 Indiana Ave., NW
Washington D.C. 20001

    **You are hereby summoned and required to serve upon Plaintiff's Attorney:**

    Jeanett P. Henry, Esq
    Henry & Maddox, LLC
    8701 Georgia Ave, Suite 403
    Silver Spring, MD 20910

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the date of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

_____   _____
CLERK                                                                  DATE

_____
BY: DEPUTY CLERK