UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Robert T. Lee, et al., | : | |
| Plaintiffs, | : | |
| v. | : | Case No. 1:06CV02184 |
| Philip Morse, et al., | : | Judge: John D. Bates |
| Defendants. | : | |

### AFFIDAVIT OF SERVICE

I, Charles Johnson, make this Affidavit of Service stating as follows:

1. I am a competent person at least eighteen (18) years of age and not a party to the above suit.

2. My business address is 1927 - 2nd Street, NW, Washington, D.C. 20001.

3. My residence address is 1927 - 2nd Street, NW, Washington, D.C. 20001.

4. On May 18, 2007 at 11:05 a.m. I personally served defendant, Charles Ramsey, the Summons dated May 8, 2007, Complaint, Notice of Right to Consent to Trial Before United States Magistrate Judge, and Initial Electronic Case Filing Order at his residence, 702 Capital Square Place, SW, Washington, D.C. 20024.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Affidavit of Service is true and correct.

*Charles Johnson*
Charles Johnson
1927 - 2nd Street, NW
Washington, D.C. 20001
(202) 320-9574

Dated: 5/23/07

Case 1:06-cv-02184-JDB     Document 15     Filed 05/25/2007     Page 2 of 2