UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Robert T. Lee, et al.,** | : | |
|    **Plaintiffs,** | : | |
| v. | : | Case No. 1:06CV02184 |
| **Philip Morse, et al.,** | : | Judge: John D. Bates |
|    **Defendants.** | : | |

**CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE OPPOSITION TO PRINCE GEORGE'S COUNTY DEFENDANTS' MOTION TO DISMISS, OR ALTERNATIVELY, FOR SUMMARY JUDGMENT**

COME NOW Plaintiffs, through counsel, and respectfully move this Court for an enlargement of time to file an opposition to Prince George's County Defendants' Motion to Dismiss, or Alternatively, for Summary Judgment. In support thereof, counsel states as follows:

1. The Prince George's County Defendants filed their motion to dismiss, or alternatively, for summary judgment on May 15, 2007. Plaintiffs' response is due on May 29, 2007.

2. Counsel for Plaintiffs need additional time to file a response to the motion because she has been encountering some difficulty contacting Plaintiff Alyce Summers, the sole survivor of the automobile crash that is at the core of this lawsuit. During our last contact, Ms. Summers was attending school out-of-town.

3. Counsel believes that an enlargement of time by two weeks or until June 12, 2007 would provide sufficient time to prepare and file the opposition.

4. There is no prejudice to the defendants if this motion is granted. On May 29, 2007, undersigned counsel discussed the need for this motion with Tamall Banton, Esquire, co-counsel with Michael P. Cunningham for the Prince George's County defendants. Mr. Banton consents to

-2-

the requested continuance. The District of Columbia filed its answer on May 4, 2007, and Charles Ramsey was just served on May 18, 2007.

    WHEREFORE, Plaintiffs pray that their motion to enlarge time be granted.

Respectfully submitted,

***HENRY & MADDOX, LLC***

By:   /s/ Jeanett P. Henry
        Jeanett P. Henry, #411052
        8701 Georgia Avenue; Suite 403
        Silver Spring, MD 20910
        (301) 562-1340
        (301) 562-1344 (facsimile)
        **Attorneys for Plaintiffs**

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 29th day of May, 2007 copies of this motion and proposed order were served on all counsel of record by ECF.

/s/ Jeanett P. Henry

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **Robert T. Lee, et al.,** : | |
|     **Plaintiffs,** : | |
| v. : | Case No. 1:06CV02184 |
| **Philip Morse, et al.,** : | Judge: John D. Bates |
|     **Defendants.** : | |

**ORDER**

Upon consideration of Plaintiffs' Consent Motion for Enlargement of Time to File Opposition to Prince George's County Defendants' Motion to Dismiss, or Alternatively, for Summary Judgment it is this ____ day of _____, 2007, by the United States District Court for the District of Columbia,

    **ORDERED**, that the motion be and is hereby GRANTED; and it is further

    **ORDERED**, that Plaintiffs shall file their opposition to the motion by June 12, 2007.

_____
John D. Bates
United States District Judge