UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Robert T. Lee, et al.,** | : | |
| Plaintiffs, | : | |
| v. | : | Case No. 1:06CV02184 |
| **Philip Morse, et al.,** | : | Judge: John D. Bates |
| Defendants. | : | |

**PLAINTIFFS' RESPONSE TO PRINCE GEORGE'S COUNTY DEFENDANTS' MOTION TO DISMISS, OR ALTERNATIVELY, FOR SUMMARY JUDGMENT**

Upon review of defendants' motion and upon further investigation, Plaintiffs concede that there is no material dispute of facts concerning these defendants' alleged involvement in the automobile crash of December 23, 2005. Accordingly, summary judgment should be granted to them.

Respectfully submitted,

***HENRY & MADDOX, LLC***

By: /s/ Jeanett P. Henry
Jeanett P. Henry, #411052
8701 Georgia Avenue; Suite 403
Silver Spring, MD 20910
(301) 562-1340
(301) 562-1344 (facsimile)
**Attorneys for Plaintiffs**

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of June, 2007 copies of this response to motion was served on all counsel of record by ECF.

/s/ Jeanett P. Henry