UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUN 1 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ROBERT T. LEE, et al.,

Plaintiffs,

v.

PHILLIP MORSE, et al.,

Defendants.

Civil Action No. 06-2184 (JDB)

## ORDER

Plaintiffs filed this civil-rights action against defendants Phillip Morse, Melvin High, Charles Ramsey, Prince George's County, and the District of Columbia on December 22, 2006. Plaintiffs are also suing several John Does -- unidentified officers of the U.S. Capitol Police, the Prince George's County Police Department, and the Metropolitan Police Department. In a separate order issued on this date, the Court granted summary judgment for defendants High, Prince George's County, and the John Doe officers of the Prince George's County Police Department.

Under Rule 4(m) of the Federal Rules of Civil Procedure, if service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the Court shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time. Over 120 days have passed since the filing of the complaint in this case and the issuance of a summons as to defendant Morse, and it does not appear from the record that Phillip Morse has been served.

-1-

On April 24, 2007, the Court granted plaintiffs' motion for an extension of time to serve a summons and complaint upon defendant Ramsey.  Plaintiffs have since filed proof of service demonstrating that Ramsey was served on May 18, 2007.  Hence, Ramsey should have filed an answer or otherwise responded to the complaint by not later than June 7, 2007.  See Fed. R. Civ. P. 12(a)(1).  As of this date, no answer or other response has been filed.

Accordingly, it is hereby

**ORDERED** that plaintiffs shall, by not later than June 27, 2007, either (1) file with the Court proof that defendant Morse has been served with the summons and complaint, or (2) provide the Court with a written explanation as to why service of process has not been completed. If plaintiffs fail to comply with this Order, or if the Court determines that plaintiffs have not shown good cause for the failure to complete service in compliance with Rule 4(m), this case will be dismissed without prejudice as to the unserved defendant.  It is further

**ORDERED** that defendant Charles Ramsey shall file an answer or otherwise respond to the complaint by not later than June 27, 2007.

_____/s/ John D. Bates_____
JOHN D. BATES
United States District Judge

Dated:    June 13, 2007

Copies to:

Jeanett P. Henry
Henry & Maddox, LLC
8701 Georgia Avenue
Suite 403
Silver Spring, MD 20910

(301) 562-1340
Email: jhenry2085@aol.com

    *Counsel for plaintiffs*

Shana Lyn Frost
Office of the Attorney General for the District of Columbia
441 Fourth Street, NW
6th Floor South
Washington, DC 20001
(202) 724-6534
Email: shana.frost@dc.gov

    *Counsel for defendant District of Columbia*

Charles Ramsey
702 Capitol Square Place, SW
Washington, DC 20024