UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JUN 1 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ROBERT T. LEE, et al.,

Plaintiffs,

v.

PHILLIP MORSE, et al.,

Defendants.

Civil Action No. 06-2184 (JDB)

## ORDER and JUDGMENT

Plaintiffs Robert T. Lee, acting individually and as personal representative of the estate of Jewell West, and Alyce Summers filed this civil-rights action against defendants Phillip Morse, Melvin High, Charles Ramsey, Prince George's County ("PG County"), the District of Columbia, and several John Does -- unidentified officers of the U.S. Capitol Police, the PG County Police Department, and the Metropolitan Police Department -- on December 22, 2006. Plaintiffs allege that defendants violated 42 U.S.C. §§ 1983 and 1988 when they participated in a high-speed chase of a stolen car in which West and Summers were passengers. The chase allegedly ended when the driver of the car lost control of the vehicle and crashed into a light pole; Summers was injured as a result of the crash, and West was ejected from the vehicle and died of her injuries. Compl. ¶¶ 19-21.

On May 15, 2007, a motion to dismiss, or alternatively, for summary judgment was filed by PG County, Melvin High, and unnamed officers of the PG County Police Department. Plaintiffs responded to the motion on June 13, 2007. They have conceded that "there is no

-1-

material dispute of facts concerning these defendants' alleged involvement in the automobile crash of December 23, 2005." Pls.' Response at 1.

Accordingly, upon consideration of the motion for summary judgment, plaintiffs' response, and the entire record herein, it is this 13th day of June, 2007, hereby

**ORDERED** that the motion for summary judgment filed by defendants PG County, Melvin High, and John Doe officers of the PG County Police Department [#12] is **GRANTED**; and it is further

**ORDERED** that judgment is entered for PG County, Melvin High, and John Doe officers of the PG County Police Department.

/s/ John D. Bates
JOHN D. BATES
United States District Judge