UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT T. LEE**, *et al.*,  )  <br>  )  <br>       Plaintiffs,  )  <br>  )  <br>    v.  )  <br>  )  <br> **CHIEF PHILIP MORSE**, *et al.*,  )  <br>  )  <br>       Defendants.  )  <br>  ) | C.A. No. 06-2184 (JDB) |

### DEFENDANT CHARLES RAMSEY'S MOTION TO DISMISS

Defendant, former Chief of Police Charles Ramsey, by and through his undersigned counsel, respectfully requests that the Court dismiss Plaintiffs' Complaint against him. As explained more fully in the accompanying Memorandum of Points and Authorities, Plaintiff has failed to state a claim against Chief Ramsey, and Chief Ramsey is entitled to judgment as a matter of law.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

      /s/  Nicole L. Lynch
NICOLE L. LYNCH (471953)
Chief, Section II


      /s/  Shana L. Frost
SHANA L. FROST (458021)
Assistant Attorney General

441 4th Street, NW, 6th Floor South
Washington, DC 20001
(202) 724-6534
Fax: (202) 727-3625
shana.frost@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT T. LEE**, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | C.A. No. 06-2184 (JDB) |
| ) | |
| v. ) | |
| ) | |
| **CHIEF PHILIP MORSE**, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM IN SUPPORT OF DEFENDANT CHARLES RAMSEY'S MOTION TO DISMISS**

Defendant, former Chief of Police Charles Ramsey, by and through his undersigned counsel, respectfully requests that the Court dismiss Plaintiffs' case against him. As explained below, Plaintiff has failed to state a claim against Chief Ramsey; thus Chief Ramsey is entitled to judgment as a matter of law.

**I.   FACTUAL BACKGROUND**

Plaintiffs allege that on December 24, 2005, Plaintiff Alyce Summer and the decedent Jewel West unwittingly accepted a ride from an individual who had minutes earlier stolen the car in an armed carjacking. Compl. ¶¶ 14-15. Plaintiffs claim that at some point after Ms. Summers and Ms. West were in the stolen vehicle, law enforcement from the District of Columbia, Prince George's County Maryland, and the U.S. Capitol Police, began to pursue the stolen vehicle. Compl. ¶ 17. Plaintiffs further assert that as a result of the alleged chase, the carjacker lost control of the vehicle and crashed the car, killing Ms. West and injuring Ms. Summers. Plaintiffs brought this action against the District of Columbia and Prince George's County; the Chiefs of the U.S. Capitol Police,

Prince George's County Police, and the District of Columbia; as well as various "John Doe" officers. Plaintiff has since consented to the dismissal of the Prince George's County defendants.

## II. STANDARD OF REVIEW

A motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6) should be granted when it appears that, under any reasonable reading of the complaint, the Plaintiff will be unable to prove any set of facts that would justify relief. *Conley v. Gibson*, 355 U.S. 41, 45 (1957). The movant is therefore entitled to judgment if there are no allegations in the complaint that, even if proven, would provide a basis for recovery. *Haynesworth v. Miller*, 820 F.2d 1245, 1254 (1987).

Although the non-moving party enjoys the benefit of all inferences that plausibly can be drawn from well-pleaded allegations of his complaint, bare conclusions of law, or sweeping and unwarranted averments of fact, will not be deemed admitted for purposes of a motion under Rule 12(b)(6). *Id.* Rather, the court need not accept inferences drawn by Plaintiff if such inferences are unsupported by the facts set out in the complaint, "[n]or must the court accept legal conclusions cast in the form of factual allegations." *Kowal v. MCI Communications Corp.*, 16 F.3d 1271, 276 (D.C. Cir. 1994).

## III. ARGUMENT

Plaintiffs' claims against Chief Ramsey fail as a matter of law. Plaintiffs have named Chief Ramsey as a defendant to this lawsuit in both his official or individual capacity. To the extent Plaintiffs have sued Chief Ramsey in his official capacity, Plaintiffs' claims against Chief Ramsey lie against the District. It is well-settled that "[a] suit against a municipal official in his official capacity is treated as a suit against the

2

municipality itself." *Robinson v. District of Columbia*, 2005 U.S. Dist. LEXIS 3556 at *10 (Mar. 2, 2005 D.D.C.) (citing *Kentucky v. Graham*, 473 U.S. 159 (1985); *Atchison v. District of Columbia*, 315 U.S. App. D.C. 318, 73 F.3d 418, 424 (1996)). Accordingly, any claims against Chief Ramsey "in his official capacity proceed against the District of Columbia." *Id.*, citing *Arnold v. Moore*, 980 F. Supp. 28, 36 (D.D.C. 1997).

To the extent that Plaintiffs have sued Chief Ramsey in his individual capacity, the action must also be dismissed. "[I]n order to find a supervisory official personally liable in damages for the unconstitutional acts of his subordinate it must be shown that he was responsible for supervising the wrongdoer; that a duty to instruct the subordinate to prevent constitutional harm arose from the surrounding circumstances; and that, as a result of the official's failure to instruct, the plaintiff was harmed in the manner threatened." *Fleming v. District of Columbia*, 1989 U.S. Dist. LEXIS 11796, *8 (Oct. 5, 1989 D.D.C.), citing *Haynesworth v. Miller,* 820 F.2d 1245, 1271 (D.C. Cir. 1987). The Complaint is devoid of any allegation that Chief Ramsey had knowledge or involvement with the allegations in the Complaint. Thus, Chief Ramsey must be dismissed from this lawsuit.

**IV.   CONCLUSION**

For the reasons set forth above, Defendant Ramsey respectfully requests that he be dismissed from this case.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

3

    /s/  Nicole L. Lynch
NICOLE L. LYNCH (471953)
Chief, Section II


    /s/  Shana L. Frost
SHANA L. FROST (458021)
Assistant Attorney General
441 4th Street, NW, 6th Floor South
Washington, DC 20001
(202) 724-6534
Fax:  (202) 727-3625
shana.frost@dc.gov