UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT T. LEE, et al.,<br><br>　　Plaintiffs,<br><br>　　　　v.<br><br>PHILLIP MORSE, et al.,<br><br>　　Defendants. | Civil Action No.  06-2184 (JDB) |

**ORDER**

　　On December 22, 2006, plaintiffs filed this civil-rights action against defendant Phillip Morse and several other defendants.  The Federal Rules of Civil Procedure require that service of the summons and complaint be made upon a defendant within 120 days after the filing of the complaint.  See Fed. R. Civ. P. 4(m).  If it is not, the Court may dismiss the action without prejudice as to the unserved defendant or direct that service be accomplished within a specified time.  Id.  On June 13, 2007 -- more than 120 days after the filing of the complaint -- this Court, on its own initiative, issued an order requiring plaintiffs to file with the Court by June 27, 2007, either (1) proof that defendant Morse had been served with the summons and complaint, or (2) a written explanation as to why plaintiffs had failed to complete service within 120 days.  Plaintiffs failed to comply with that order.

　　Accordingly, it is this 2nd day of July, 2007, hereby

-1-

**ORDERED** that the claims against defendant Morse are dismissed without prejudice for want of prosecution, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

/s/ John D. Bates
JOHN D. BATES
United States District Judge