UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Robert T. Lee, et al.,** | : | |
| Plaintiffs, | : | |
| v. | : | Case No. 1:06CV02184 |
| **Philip Morse, et al.,** | : | Judge: John D. Bates |
| Defendants. | : | |

**JOINT MOTION FOR CONTINUANCE OF THE SCHEDULING CONFERENCE**

COME NOW Plaintiffs and Defendant District of Columbia, through counsel, and respectfully request that this Court continue the Scheduling Conference for thirty days. In support thereof, counsel state as follows:

1. The parties are required to file a Rule 16.3 Statement by July 30, 2007 and to appear in Court for an initial scheduling conference on August 2, 2007.

2. Plaintiffs are planning to amend the complaint to add claims against the United States under the Federal Tort Claims Act, with the completion of the mandatory administrative process, and to name specifically as a defendant Officer Luis Arellano of the United States Capitol Police.

3. Counsel for the District of Columbia has shared with Plaintiffs' counsel documents related the Metropolitan Police Department's investigation of the motor vehicle crash that underlies this lawsuit, and is in the process of obtaining any radio communications that the District may possess relating to the incident. However, determining whether any radio communications exist has taken a little longer than anticipated because the communications division is no longer within the MPD, but is now part of a separate agency. Counsel for the District believes that she may have solid information on the existence of radio communication or lack thereof within the next week or two.

-2-

The radio communication may ultimately dispose of the District of Columbia as a viable defendant.

4.      With the expected amendment of the complaint to add new claims and defendants, and the likely dismissal of the District of Columbia, counsel for the parties believe the case is not ripe for an initial conference.  The parties believe a thirty (30) day postponement would be sufficient time to amend the complaint and decide on the District of Columbia's continued status in the case.

WHEREFORE, the parties respectfully pray that the Court grant this motion, continue the initial scheduling conference and the date for filing the Rule 16.3 Statement.

RESPECTFULLY SUBMITTED,

| /s/ Jeanett P. Henry | /s/ Shana L. Frost |
|---|---|
| Jeanett P. Henry, Bar No. 411052 | Shana L. Frost, Bar No. 458021 |
| **Henry & Maddox, LLC** | **Assistant Attorney General** |
| 8701 Georgia Avenue; Suite 403 | 441 4th Street, NW; 6th Floor South |
| Silver Spring, MD 20910 | Washington, D.C. 20001 |
| (301) 562-1340 | (202) 724-6534 |
| Fax: (301) 562-1344 | Fax: (202) 727-3625 |
| JHenry2085@aol.com | Shana.frost@dc.gov |