UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Robert T. Lee, et al.,** | : | |
|     **Plaintiffs,** | : | |
| v. | : | Case No. 1:06CV02184 |
| **Philip Morse, et al.,** | : | Judge: John D. Bates |
|     **Defendants.** | : | |

**CONSENT MOTION FOR CONTINUANCE OF THE SCHEDULING CONFERENCE**

COME NOW Plaintiffs, through counsel, and respectfully request that this Court continue the Scheduling Conference in this case until after the case becomes at issue based on the amended complaint. In support thereof, counsel states as follows:

1. The Scheduling Conference is currently set for September 24, 2007.

2. Based on informal discovery provided by the District of Columbia and completion of the administrative process under the Federal Tort Claims Act ("FTCA"), Plaintiffs are filing simultaneously herewith a stipulation of dismissal of defendants District of Columbia and Charles Ramsey, a motion to amend their complaint, and an amended complaint.

3. With the filing of the stipulation of dismissal, there remains no served defendants in the case. Under the circumstances, counsel believes that it would be appropriate to continue the Scheduling Conference until after defendants are served with the amended complaint.

WHEREFORE, Plaintiffs pray that their consent motion be granted.

-2-

        Respectfully submitted,

        ***HENRY & MADDOX, LLC***

By:   /s/ Jeanett P. Henry
       Jeanett P. Henry, #411052
       8701 Georgia Avenue; Suite 403
       Silver Spring, MD 20910
       (301) 562-1340
       (301) 562-1344 (facsimile)
       **Attorneys for Plaintiffs**

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of September, 2007 a copy of this consent motion was served on all counsel of record by ECF.

        /s/ Jeanett P. Henry

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Robert T. Lee, et al.,** | : | |
| **Plaintiffs,** | : | |
| v. | : | Case No. 1:06CV02184 |
| **Philip Morse, et al.,** | : | Judge: John D. Bates |
| **Defendants.** | : | |

## ORDER

Upon consideration of Plaintiffs' Consent Motion for Continuance of the Scheduling Conference, good cause having been shown, it is this ____ day of _____, 2007, by the United States District Court for the District of Columbia,

**ORDERED**, that the motion be and is hereby GRANTED; and it is further

**ORDERED**, that the Scheduling Conference set for September 24 be and is hereby cancelled until further Order of this Court.

_____
John D. Bates
United States District Judge