UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Robert T. Lee, et al.,** | : |
| Plaintiffs, | : |
| v. | : Case No. 1:06CV02184 |
| **Philip Morse, et al.,** | : Judge: John D. Bates |
| Defendants. | : |

## STIPULATION OF DISMISSAL

Plaintiffs, Defendants District of Columbia and Charles Ramsey, through their undersigned counsel, hereby dismiss the claims against defendants District of Columbia and Charles Ramsey pursuant to Federal Rules of Civil Procedure 41(a).

Respectfully submitted,

| | |
|---|---|
| HENRY & MADDOX, LLC | LINDA SINGER<br>Attorney General for the District of Columbia |
| /s/ Jeanett P. Henry<br>Jeanett P. Henry (411052)<br>8701 Georgia Ave; Suite 403<br>Silver Spring, MD 20910<br>(301) 562-1340<br>Fax: (301) 562-1344<br>JHenry2085@aol.com | GEORGE C. VALENTINE<br>Deputy Attorney General<br>Civil Litigation Division<br><br>/s/ Nicole L. Lynch<br>NICOLE L. LYNCH (471953)<br>Chief, Section II<br><br>/s/ Shana L. Frost<br>SHANA L. FROST (458021)<br>Assistant Attorney General<br>441 4th Street, NW, 6th Floor South<br>Washington, D.C. 20001<br>(202) 724-6534<br>Fax: (202) 727-3625<br>shana.frost@dc.gov |