UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Robert T. Lee, et al.,** | : | |
| Plaintiffs, | : | |
| v. | : | Case No. 1:06CV02184 |
| **Philip Morse, et al.,** | : | Judge: John D. Bates |
| Defendants. | : | |

**PLAINTIFFS' MOTION FOR CONTINUANCE OF THE SCHEDULING CONFERENCE**

COME NOW Plaintiffs, through counsel, and respectfully request that this Court continue the Scheduling Conference set for October 15, 2007. In support thereof, counsel states as follows:

1.  At Plaintiffs' request the Court recently continued the September 24, 2007 Scheduling Conference, and re-set it for October 15, 2007.

2.  Unfortunately, undersigned counsel will be on travel out of the country from October 11-20, 2007, and has been holding an e-ticket for this trip since August 25, 2007.

3.  Therefore, counsel regrettably requests another continuance of the October 15, 2007 Scheduling Conference to October 22nd, or October 29th, if the Court's calendar permits. Counsel apologizes to the Court for any inconvenience.

WHEREFORE, Plaintiffs pray that this motion be granted.

Respectfully submitted,

*HENRY & MADDOX, LLC*

By:   /s/ Jeanett P. Henry
      Jeanett P. Henry, #411052
      8701 Georgia Avenue; Suite 403
      Silver Spring, MD 20910
      (301) 562-1340; (301) 562-1344 (fax)
      **Attorneys for Plaintiffs**

Case 1:06-cv-02184-JDB   Document 30   Filed 09/26/2007   Page 2 of 2