UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Robert T. Lee, et al.,** | : | |
| **Plaintiffs,** | : | |
| v. | : | Case No. 1:06CV02184 |
| **Philip Morse, et al.,** | : | Judge: John D. Bates |
| **Defendants.** | : | |

**RECEIVED**
NOV 1 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## AFFIDAVIT OF SERVICE

I, Charles Johnson, make this Affidavit of Service stating as follows:

1. I am a competent person at least eighteen (18) years of age and not a party to the above suit.

2. My business address is 1927 - 2nd Street, NW, Washington, D.C. 20001.

3. My residence address is 1927 - 2nd Street, NW, Washington, D.C. 20001.

4. On October 22, 2007 at 12:02 p.m. I personally served defendant, Officer Luis Arellano, the Summons issued September 28, 2007, Amended Complaint, Notice of Right to Consent to Trial Before United States Magistrate Judge, and Initial Electronic Case Filing Order, through his authorized agent for service, Cecelia Barrios, Office of General Counsel, United States Capitol Police, 1927 2nd Street, NW, Washington, D.C. 20001.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Affidavit of Service is true and correct.

*Charles Johnson*
Charles Johnson
1927 - 2nd Street, NW
Washington, D.C. 20001
(202) 320-9574

Dated: 10/23/07