UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Robert T. Lee, et al., | : | |
| Plaintiffs, | : | |
| v. | : | Case No. 1:06CV02184 |
| Philip Morse, et al., | : | Judge: John D. Bates |
| Defendants. | : | |

RECEIVED
NOV 1 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## AFFIDAVIT OF SERVICE

I, Charles Johnson, make this Affidavit of Service stating as follows:

1. I am a competent person at least eighteen (18) years of age and not a party to the above suit.

2. My business address is 1927 - 2nd Street, NW, Washington, D.C. 20001.

3. My residence address is 1927 - 2nd Street, NW, Washington, D.C. 20001.

4. On October 9, 2007 at 12:20 p.m. I personally served defendant, United States of America, the Summons issued September 28, 2007, Amended Complaint, Notice of Right to Consent to Trial Before United States Magistrate Judge, and Initial Electronic Case Filing Order, through its authorized agent for service, Willow T. Lee, Department of Justice, 950 Pennsylvania Avenue, NW, Washington, D.C. 20530.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Affidavit of Service is true and correct.

Charles Johnson
1927 - 2nd Street, NW
Washington, D.C. 20001
(202) 320-9574

Dated: 10/23/07