```
                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA

ROBERT T. LEE, et al.,           )
                                 )
        Plaintiffs,              )
                                 )
    v.                           )  Civil Action No. 06-2184 JDB
                                 )
United States of America, et al.,)
                                 )
        Defendants.              )
_____)
```

## PRAECIPE

The Clerk will please enter the appearance of Assistant United States Attorney W. Mark Nebeker as counsel for the United States of America for all purposes in this action and for Officer Luis Arellano for the limited purpose of seeking additional time to respond to the Amended Complaint.

                              Respectfully submitted,


                              _____/s/___
                              W. MARK NEBEKER, DC Bar #396739
                              Assistant United States Attorney
                              Civil Division
                              555 4th Street, N.W.
                              Washington, DC 20530
                              (202) 514-7230

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that service of the foregoing Praecipe has been made through the Court's electronic transmission facilities on this 10th day of December, 2007.

                                              /s/
W. MARK NEBEKER, DC Bar # 396739
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530
(202) 514-7230