UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
ROBERT T. LEE, et al.,           )
                                 )
        Plaintiffs,              )
                                 )
    v.                           )  Civil Action No. 06-2184 JDB
                                 )
United States of America, et al.,)
                                 )
        Defendants.              )
                                 )
```

UNOPPOSED MOTION FOR ENLARGEMENT OF TIME AND TO
CONTINUE INITIAL SCHEDULING CONFERENCE,
AND MEMORANDUM IN SUPPORT THEREOF

Federal Defendants[1] hereby move, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time within which to answer or otherwise respond to the Amended Complaint in the above action, up to and including January 22, 2008. Federal Defendants further ask that the Court reschedule the current date for the Initial Scheduling Conference from January 25, 2008, because counsel is scheduled to be on travel taking and defending depositions in FCI Texarkana on January 25th in an unrelated action. Plaintiff's counsel, Jeanett P. Henry, Esq., has indicated that Plaintiff does not oppose this motion and the parties propose January 30th as an alternative date for the Initial Scheduling Conference.

---

[1] The Federal Defendants include the United States of America and United States Capitol Police Officer Luis Arellano. Undersigned counsel currently represent Officer Arellano only for purposes of seeking this enlargement of time. Officer Arellano does not hereby waive any defense or defenses that may be available to him pursuant to Fed. R. Civ. P. 12 or otherwise, including immunity from suit.

Defendant requests this additional time, because Officer Arellano is in the process of arranging for full Department of Justice representation, but has not yet had sufficient time to complete the process.  In addition, counsel has shared with counsel for Plaintiff a copy of the relevant radio transmissions from the date of the accident that is recounted in the Amended Complaint, and is hopeful that the parties will be able to reach an agreement on what claims, if any, plaintiffs will pursue in the case.  If not, the additional month should provide the time necessary to draft a dispositive motion.

For these reasons, Federal Defendants ask that additional time be permitted to complete an answer or dispositive motion in the case and that the Initial Scheduling Conference be rescheduled.  A proposed Order is attached hereto.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney


_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney


_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Federal Defendants' Unopposed Motion For Enlargement Of Time And To Continue Initial Scheduling Conference, And Memorandum In Support Thereof and a proposed order has been made through the Court's electronic transmission facilities on this 17th day of December, 2007.

```
_____
W. MARK NEBEKER, D.C. Bar #396739
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530
(202) 514-7230
```

```
                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA

ROBERT T. LEE, et al.,         )
                               )
        Plaintiffs,            )
                               )
   v.                          ) Civil Action No. 06-2184 JDB
                               )
United States of America, et al., )
                               )
        Defendants.            )
_____)
```

ORDER

Upon consideration of Federal Defendants' Unopposed Motion For Enlargement Of Time And To Continue Initial Scheduling Conference, And Memorandum In Support Thereof the Defendant's Consent Motion For Enlargement Of Time, And Memorandum In Support Thereof, the grounds stated therefor and the entire record herein, it is this ____ day of _____, 2007,

ORDERED that the said motion be and hereby is granted; and it is

FURTHER ORDERED that the time within which Federal Defendants may answer or otherwise respond to the Amended Complaint be and is hereby enlarged up to January 22, 2008; and it is

FURTHER ORDERED that the Initial Scheduling Conference be and is hereby rescheduled and shall take place on _____, 2008 at _____ a.m/p.m.

```
                              _____
                              UNITED STATES DISTRICT JUDGE
```

```
W. MARK NEBEKER
Assistant U.S. Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530

JEANETT P. HENRY, ESQ.
HENRY & MADDOX
8701 Georgia Avenue
Suite 403
Silver Spring, MD 20910
```