```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

ROBERT T. LEE, et al.,              )
                                    )
        Plaintiffs,                 )
                                    )
    v.                              ) Civil Action No. 06-2184 JDB
                                    )
UNITED STATES OF AMERICA, et al.,   )
                                    )
        Defendants.                 )
_____)
```

### UNOPPOSED MOTION FOR ENLARGEMENT OF TIME, AND MEMORANDUM IN SUPPORT THEREOF

Federal Defendants[1] hereby move, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for a two-week enlargement of time within which to answer or otherwise respond to the Amended Complaint in the above action, up to and including February 5, 2008. Federal Defendants further suggest that the Court may wish to reschedule the current date for the Initial Scheduling Conference. Plaintiffs' counsel, Jeanett P. Henry, Esq., has indicated that Plaintiffs do not oppose this motion.

Federal Defendants have nearly completed a dispositive motion in the action, however, last Thursday Plaintiffs' counsel indicated she had now reviewed the relevant radio transmissions from the date of the accident described in the Amended Complaint, and wishes to confer with her clients about the viability of

---

[1] The Federal Defendants include the United States of America and United States Capitol Police Officer Luis Arellano. Undersigned counsel represent Officer Arellano for all purposes at this time. Officer Arellano does not hereby waive any defense or defenses that may be available to him pursuant to Fed. R. Civ. P. 12 or otherwise, including immunity from suit.

some or all of the claims in the case in light of that evidence.[2] Federal Defendants, therefore, believe that this additional time would be worthwhile, allowing the parties to confer in an effort to resolve some or all of the issues in the case. In addition, undersigned counsel must prepare for travel this week to take and defend depositions in Arkansas in an unrelated action. He therefore would appreciate the additional time to complete the needed dispositive motion.

For these reasons, Federal Defendants ask that additional time be permitted to complete a dispositive motion in the case, and that, should the Court prefer, the Initial Scheduling Conference be rescheduled as well. A proposed Order is attached hereto.

Respectfully submitted,

JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney

RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

---

[2] The radio transmissions establish that the officer who attempted to stop the stolen BMW was aware from the start that the car had recently been stolen in an armed carjacking.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Federal Defendants' Unopposed Motion For Enlargement Of Time, And Memorandum In Support Thereof and a proposed order has been made through the Court's electronic transmission facilities on this 21st day of January, 2008.

                                              W. MARK NEBEKER, D.C. Bar #396739
                                              Assistant United States Attorney
                                              Civil Division
                                              555 4th Street, N.W.
                                              Washington, DC 20530
                                              (202) 514-7230

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

ROBERT T. LEE, et al.,              )
                                    )
        Plaintiffs,                 )
                                    )
    v.                              ) Civil Action No. 06-2184 JDB
                                    )
UNITED STATES OF AMERICA, et al.,   )
                                    )
        Defendants.                 )
_____)

ORDER

Upon consideration of Federal Defendants' Unopposed Motion For Enlargement Of Time, And Memorandum In Support Thereof, the grounds stated therefor and the entire record herein, it is this \_\_\_\_ day of _____, 2008,

ORDERED that the said motion be and hereby is granted; and it is

FURTHER ORDERED that the time within which Federal Defendants may answer or otherwise respond to the Amended Complaint be and is hereby enlarged up to February 5, 2008; and it is

FURTHER ORDERED that the Initial Scheduling Conference be and is hereby rescheduled and shall take place on _____, 2008 at _____ a.m/p.m.

```
                                    _____
                                    UNITED STATES DISTRICT JUDGE
```

W. MARK NEBEKER                     JEANETT P. HENRY, ESQ.
Assistant U.S. Attorney             HENRY & MADDOX
Civil Division                      8701 Georgia Avenue
555 4th Street, N.W.                Suite 403
Washington, DC 20530                Silver Spring, MD 20910