UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **Robert T. Lee, et al.,** | : | |
| Plaintiffs, | : | |
| v. | : | Case No. 1:06CV02184 |
| **United States of America, et al.,** | : | Judge: John D. Bates |
| Defendants. | : | |

### NOTICE OF DISMISSAL

Plaintiffs, through counsel, hereby notify the Court and defendants, pursuant Fed. R. Civ. P. 41(a)(1), that all claims in Count I (encompassing all of the constitutional claims in this civil action) are hereby dismissed with prejudice.

                Respectfully submitted,

                HENRY & MADDOX, LLC

By:   /s/ Jeanett P. Henry
       Jeanett P. Henry (411052)
       8701 Georgia Ave; Suite 403
       Silver Spring, MD 20910
       (301) 562-1340
       Fax: (301) 562-1344
       Jhenry2085@aol.com

Certificate of Service

I hereby certify that on this 5th day of February, 2008 a copy of this Notice of Dismissal was served on W. Mark Nebeker, esquire, counsel for defendants, by ECF.

                /s/ Jeanett P. Henry