UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBERT T. LEE, <u>et</u> <u>al.</u>,                    )
                                          )
            Plaintiffs,                   )
                                          )
      v.                                  )  Civil Action No. 06-2184 JDB
                                          )
United States of America, <u>et</u> <u>al.</u>, )
                                          )
            Defendants.                   )
_____)

<u>NOTICE OF FILING</u>

      Federal Defendants hereby advise the Court and Plaintiffs of

the filing of the tape recording referenced in the February 5,

2008 Federal Defendants' Motion To Dismiss Or, In The

Alternative, For Summary Judgment, a copy of which tape was

previously provided to Plaintiffs' counsel on December 13, 2007.

                  Respectfully submitted,


                  _____
                  JEFFREY A. TAYLOR, DC Bar #498610
                  United States Attorney


                  _____
                  RUDOLPH CONTRERAS, DC Bar #434122
                  Assistant United States Attorney


                  _____/s/_
                  W. MARK NEBEKER, DC Bar #396739
                  Assistant United States Attorney

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that service of the foregoing Notice Of Filing has been made through the Court's electronic transmission facilities on this 8th day of February, 2008.

_____/s/___
W. MARK NEBEKER, D.C. Bar #396739
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530
(202) 514-7230