**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **Robert T. Lee, et al.,** | : | |
| **Plaintiffs,** | : | |
| **v.** | : | **Case No. 1:06CV02184** |
| **Philip Morse, et al.,** | : | **Judge: John D. Bates** |
| **Defendants.** | : | |

**CONSENT MOTION FOR ENLARGEMENT OF TIME TO FILE OPPOSITION TO FEDERAL DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT**

COME NOW Plaintiffs, through counsel, and respectfully move this court for an enlargement of time to file an opposition to federal defendants' motion to dismiss. In support thereof, counsel states as follows:

1. On or about February 5, 2008, federal defendants filed their motion to dismiss or, in the alternative, for summary judgment. Plaintiff's opposition is due on February 19, 2008.

2. Over the past week and a half undersigned counsel has been preparing and participated in two bench trials in family law matters in Maryland. As a result, counsel was not able to devote the time and attention needed to research, prepare and file an opposition to defendants' motion by February 19, 2008. Therefore, counsel requests an enlargement of time by one week or until February 25, 2008 to file plaintiff's opposition.

3. Federal defendants would not be prejudiced by this one week enlargement of time. In a telephone conference on February 19, 2008, Mark Nebeker, Esquire, counsel for federal defendants, stated that he has no objection to the requested relief.

-2-

WHEREFORE, Plaintiffs respectfully pray that their motion for an enlargement of time be

granted.

Respectfully submitted,

**HENRY & MADDOX, LLC**

By:    /s/ Jeanett P. Henry
Jeanett P. Henry, #411052
8701 Georgia Avenue; Suite 403
Silver Spring, MD 20910
(301) 562-1340
(301) 562-1344 (facsimile)
**Attorneys for Plaintiffs**

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of September, 2007 a copy of this consent motion was served on Mark Nebeker, Esquire, counsel for federal defendants, by ECF.

/s/ Jeanett P. Henry

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **Robert T. Lee, et al.,** | : | |
| **Plaintiffs,** | : | |
| **v.** | : | **Case No. 1:06CV02184** |
| **Philip Morse, et al.,** | : | **Judge: John D. Bates** |
| **Defendants.** | : | |

_____

**ORDER**

Upon consideration of Plaintiffs' Consent Motion for Enlargement of Time to File Opposition to Federal Defendants' Motion to Dismiss or, in the Alternative, for Summary Judgment, good cause having been shown, it is this _____ day of _____, 2008, by the United States District Court for the District of Columbia,

**ORDERED**, that the motion be and is hereby GRANTED; and it is further

**ORDERED**, that plaintiffs shall file their opposition to federal defendants' motion by February 25, 2008.


_____
John D. Bates
United States District Judge