```
                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA

ROBERT T. LEE, et al.,           )
                                 )
        Plaintiffs,              )
                                 )
   v.                            )  Civil Action No. 06-2184 JDB
                                 )
United States of America, et al.,)
                                 )
        Defendants.              )
                                 )
```

### UNOPPOSED MOTION FOR ENLARGEMENT OF TIME, AND MEMORANDUM IN SUPPORT THEREOF

Federal Defendants hereby move, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time within which to reply to Plaintiff's Opposition To Federal Defendants' Motion To Dismiss Or, In The Alternative, For Summary Judgment in the above action, up to and including March 13, 2008. Plaintiffs' counsel, Jeanett P. Henry, Esq., has indicated that Plaintiff does not oppose this motion.

Defendant requests this additional time, because counsel for Federal Defendant has been involved in taking or defending depositions in other civil actions on most of the workdays since the filing of Plaintiff's opposition. Counsel's responsibilities in those cases and other matters has not afforded him sufficient time to complete the needed reply in this case. Nor does counsel anticipate that he can complete the reply in advance of the current due date of March 6, 2008.

For these reasons, Federal Defendants ask that additional

time be permitted to complete a reply.  A proposed Order is attached hereto.

                        Respectfully submitted,

_____
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney

_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

_____/s/
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Federal Defendants' Unopposed Motion For Enlargement Of Time, And Memorandum In Support Thereof and a proposed order has been made through the Court's electronic transmission facilities on this 4th day of March, 2008.

```
                                          /s/
W. MARK NEBEKER, D.C. Bar #396739
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530
(202) 514-7230
```

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

ROBERT T. LEE, et al.,          )
                                )
          Plaintiffs,           )
                                )
     v.                         ) Civil Action No. 06-2184 JDB
                                )
United States of America, et al., )
                                )
          Defendants.           )
_____)
```

ORDER

Upon consideration of Federal Defendants' Unopposed Motion For Enlargement Of Time, And Memorandum In Support Thereof, the grounds stated therefor and the entire record herein, it is this ____ day of _____, 2008,

ORDERED that the said motion be and hereby is granted; and it is

FURTHER ORDERED that the time within which Federal Defendants may file a reply in this action be and is hereby enlarged up to March 13, 2008.

_____
UNITED STATES DISTRICT JUDGE


W. MARK NEBEKER                 JEANETT P. HENRY, ESQ.
Assistant U.S. Attorney         HENRY & MADDOX
Civil Division                  8701 Georgia Avenue
555 4th Street, N.W.            Suite 403
Washington, DC  20530           Silver Spring, MD 20910