UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT T. LEE, et al.,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**UNITED STATES OF AMERICA, et al.,**<br><br>**Defendants.** | Civil Action No. 06-2184 (JDB) |

### ORDER

Upon consideration of [37] defendants' motion to dismiss or, in the alternative, for summary judgment, the parties' memoranda, the applicable law, the entire record, and for the reasons identified in the Memorandum Opinion issued on this date, it is hereby

**ORDERED** that defendants' motion is **DENIED**, and it is further

**ORDERED** that the United States shall be substituted as the sole defendant for all claims in this action.

**SO ORDERED**.

/s/
JOHN D. BATES
United States District Judge

Date: August 14, 2008